# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0937

VERSUS

TONEY A. GALLO

**NOVEMBER 4, 2024**

---

In Re:     Toney A. Gallo, applying for supervisory writs, 21st
           Judicial District Court, Parish of Tangipahoa, No.
           1801969.

---

**BEFORE:     McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT GRANTED.** The trial court is ordered to rule on relator's
application for postconviction relief, filed July 22, 2024, on or
before December 5, 2024, if it has not already done so and provide
this court with a copy of the ruling on or before December 12,
2024.

                              **PMc**
                              **JEW**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT